IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ENRIQUE WILFREDO REYES MARIN,
    *Petitioner*,

v.

NIKITA BAKER, *et al.*,
    *Respondents*.

Case No. 25-cv-3563-ABA

**ORDER**

The Court will hold a hearing on **Wednesday, December 3, 2025 at 10:00 A.M. ET** in Courtroom 7D of the Edward A. Garmatz Courthouse in Baltimore, Maryland regarding the Petition (ECF No. 1) and Respondents' motion to dismiss (ECF No. 15).

Date: November 24, 2025

                                             /s/
                                    Adam B. Abelson
                                    United States District Judge