# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ENRIQUE WILFREDO REYES MARIN,

*Petitioner*,

v.

NIKITA BAKER, *et al.*,

*Respondents*.

Case No. 25-cv-3563-ABA

## ORDER

Upon consideration of the petition for writ of habeas corpus (ECF No. 1) and Respondents' motion to dismiss (ECF No. 15), the Court hereby ORDERS as follows:

1. For the reasons explained on the record in the hearing of December 3, 2025, that Petitioner has been granted a bond hearing and his detention following his October 27, 2025 arrest was discretionary pursuant to 8 U.S.C. § 1226, the Petition is DISMISSED without prejudice;

2. The motion to dismiss is DENIED as moot;

3. The Clerk of Court is directed to mark this case as CLOSED.

Date:  December 3, 2025

_____/s/_____
Adam B. Abelson
United States District Judge

1